# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:06CR13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| DAVID CANO, ) | |
|     Defendant. ) | |

**THIS MATTER** is before the Court on the Motion to Extend Pretrial Motions Deadline filed August 10, 2006 (Document No. 19). Chambers' staff contacted the Assistant United States Attorney, who agreed to the extension of the pretrial motion deadline. Accordingly, and for good cause shown, this Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that Defendant David Cano will have up to and including October 2, 2006, in which to file pretrial motions in the above-captioned matter.

Signed: August 14, 2006

David C. Keesler
United States Magistrate Judge